UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERT SIEVER,**
**GINNEY SIEVER,**
      **Plaintiffs,**

-vs-                    Case No. 6:08-cv-1388-Orl-19GJK

**BWGASKETS, INC.,**
**BRUCE M. WILLIAMS,**
**ANN P. WILLIAMS,**
      **Defendants.**
_____

# ORDER

  This case comes before the Court on the Motion of Plaintiffs for a Seven Day Extension to Submit Expert Witness Reports (Doc. No. 41, filed Apr. 29, 2009), and the Response of Defendants to Plaintiffs' Motion (Doc. No. 43, filed May 8, 2009). Plaintiffs request a seven day extension to submit an expert witness report on the basis of their expert needing to meet other commitments related to the recent April 15 tax return deadline. (Doc. No. 41.) Defendants object only to the extent that this extension may prejudice their ability to meet the discovery and dispositive motions deadlines; as a result, they ask the Court to prospectively extend these deadlines too. (Doc. No. 43.)

  The Court determines that Defendants have presented good cause for the extension within the meaning of Federal Rule of Civil Procedure 16. If the granting of Defendants' request actually prejudices Plaintiffs in meeting the discovery and dispositive motions deadlines, they may, in the future, file a motion requesting an extension of time for these deadlines. An amended Case Management and Scheduling Order will follow this Order.

  **DONE** and **ORDERED** in Chambers in Orlando, Florida on May 26, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record