# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT SIEVER,**
**GINNEY SIEVER,**

      **Plaintiffs,**

**-vs-**        Case No. 6:08-cv-1388-Orl-19GJK

**BWGASKETS, INC.,**
**BRUCE M. WILLIAMS,**
**ANN P. WILLIAMS,**

      **Defendants.**

_____

## ORDER

This case comes before the court on the Motion to Exclude Defendants' Expert, Edward T. Wolpert, Ph.D., or Alternatively Motion to Strike Portions of Wolpert's Expert Report and Exclude Wolpert's Expert Testimony by Plaintiffs Robert and Ginney Siever (Doc. No. 53, filed July 22, 2009), and the Response to Plaintiffs' Motion to Exclude Defendants' Expert, Edward T. Wolpert Ph.D., or Alternatively Motion to Strike Portions of Wolpert's Expert Report and Exclude Wolpert's Expert Testimony (Doc. No. 55, filed Aug. 3, 2009.)

The Sievers violated Local Rule 3.01(g) by failing to certify that their counsel conferred with opposing counsel before filing the present Motion. Accordingly, the Motion of Robert and Ginney Siever to Exclude Defendants' Expert, Edward T. Wolpert, Ph.D., or Alternatively Motion to Strike Portions of Wolpert's Expert Report and Exclude Wolpert's Expert Testimony (Doc. No. 53, filed July 22, 2009) is **DENIED without prejudice.**

**DONE** and **ORDERED** in Orlando, Florida on November 19, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties