UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT SEIVER and
GINNEY SIEVER,

    Plaintiffs,

vs.                             CASE NO. 6:08-CV-1388-ORL-19GJK

BWGASKETS, INC., a Florida
corporation, BRUCE M. WILLIAMS,
and ANN P. WILLIAMS,

    Defendants.

ORDER

This case was considered by the Court on notice of settlement in the minutes of the Settlement Conference held before United States Magistrate Judge Gary R. Jones on November 19, 2009 (Doc. No. 91, filed November 19, 2009). Upon consideration, this cause is **DISMISSED,** subject to the right of any party to reopen the action within twenty (20) days upon good cause shown, or to submit a notice of voluntary dismissal with prejudice or to submit a stipulated form of final judgment.

**DONE AND ORDERED** at Orlando, Florida, this ___29th___ day of November, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
All Counsel of Record